AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JASON NICKERSON, *Plaintiff* v. WASHINGTON STATE ATTORNEY GENERAL'S OFFICE (KEVIN HARTZE #16779); WASHINGTON ATTORNEY GENERAL BOB FERGUSON, *Defendant* | Civil Action No. 4:22-CV-5093-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion to Dismiss (ECF No. 9) is GRANTED. The claims asserted against Attorney General Ferguson and Assistant Attorney General Hartze are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE
   on Defendants' Motion to Dismiss (ECF No. 9).

Date:  January 17, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry